# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-60213
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2017

Lyle W. Cayce
Clerk

LORENA HERRARTE-HERNANDEZ,

Petitioner

v.

JEFF SESSIONS, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A205 727 531

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

    Lorena Herrarte-Hernandez petitions for review of the Board of Immigration Appeals's (BIA) dismissal of her appeal of the Immigration Judge's (IJ) denial of her application for asylum, withholding of removal, and withholding of removal under the Convention Against Torture (CAT). Because the BIA agreed with the IJ's findings and conclusions regarding the credibility determination, the IJ's decision is reviewable. *See Zhu v. Gonzales*, 493 F.3d

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-60213

588, 593-94 (5th Cir. 2007). The IJ's adverse credibility determination is supported by substantial evidence. *See Wang v. Holder*, 569 F.3d 531, 536-40 (5th Cir. 2009). We lack jurisdiction to consider Herrarte-Hernandez's unexhausted argument that the IJ erred in failing to consider battered women's syndrome. *See Omari v. Holder*, 562 F.3d 314, 319 (5th Cir. 2009). She has failed to brief any argument regarding the denial of CAT relief and thereby waived review of this issue. *See Chambers v. Mukasey*, 520 F.3d 445, 448 n.1 (5th Cir. 2008). Accordingly, the petition for review is DENIED.